IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROD W. IRELAND,

        Plaintiff,                        No. CIV S-11-2447 GGH P

   vs.

VACAVILLE POLICE DEPT., et. al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff, who appears to be a pretrial detainee, proceeds pro se and seeks relief pursuant to 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. Doc. 5. On October 5, 2011, the court issued an order to show cause why this action should not be dismissed pursuant to the <u>Younger</u> abstention doctrine as plaintiff appeared to be challenging ongoing state criminal proceedings in that his public defender was ineffective. Plaintiff seeks dismissal of the case. Plaintiff has timely responded to the order to show cause.

        Plaintiff indicates that the state court action has been dismissed and he will be charged by the United States Attorney. This case is dismissed as moot, as the relief plaintiff sought, a new public defender or dismissal of his case, has already occurred. To the extent plaintiff's complaint wishes to challenge his parole violation, he must do so in a writ of habeas corpus.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motions, Docs. 2 and 3, are vacated, and this case be dismissed and closed for the reasons discussed above.

2. The Clerk of the Court shall send plaintiff the form used in this district for filing a writ of habeas corpus.

DATED: December 20, 2011

                                  /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH: AB
irel2247.ord